**08 C 50013**

**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS            )
                             ) ss
COUNTY OF MCHENRY            )

# VERIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in the attached Complaint are true and correct except as to matters herein stated to be on information and belief and to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

*Eileen R. Podkulski* (signature)
Eileen R. Podkulski

SUBSCRIBED AND SWORN TO before me this 15th day of January, 2008.

*Carolyn Harrison* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN HARRISON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2008

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, Illinois 60098
Office: (815) 338-7773
Fax: (815) 338-7738