**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Eileen R. Podkulski, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sara Lee Corporation and Sara Lee Corporation )<br>Employee Benefit Administrative Committee, )<br>)<br>Defendants. ) | Case No. 08 C 50013 |

**NOTICE OF FILING**

TO:  Mr. Michael T. Graham, Esq.
     McDermott Will & Emery, LLP
     227 West Monroe Street
     Chicago, IL 60606-5096

   PLEASE TAKE NOTICE that on February 27, 2008, I electronically filed with the Clerk of the U.S. District Court, Western Division, a **Waiver of Service of Summons executed regarding Sara Lee Corporation**, in reference to the above-captioned case.

                                   Respectfully submitted,

                                   "s/James T. Harrison"
                                   Attorney for Plaintiff

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020