UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Eileen R. Podkulski, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 50013 |
| | ) |
| Sara Lee Corporation and Sara Lee Corporation | ) |
| Employee Benefit Administrative Committee, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Waiver of Service of Summons executed regarding Sara Lee Corporation** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 27th day of February, 2008, using the CM/ECF system.

Mr. Michael T. Graham, Esq.
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, IL 60606-5096

"s/James T. Harrison"
Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020