UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Eileen R. Podkulski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 50013 |
| | ) | |
| Sara Lee Corporation and Sara Lee Corporation Employee Benefit Administrative Committee, | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Waiver of Service of Summons executed regarding Sara Lee Corporation Employee Benefit Administrative Committee** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 27th day of February, 2008, using the CM/ECF system.

                                  Mr. Michael T. Graham, Esq.
                                  McDermott Will & Emery, LLP
                                  227 West Monroe Street
                                  Chicago, IL 60606-5096

                                  "s/James T. Harrison"
                                  Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020