UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Eileen R. Podkulski, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 50013 |
| | ) |
| Sara Lee Corporation and Sara Lee Corporation Employee Benefit Administrative Committee, | ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

TO:   Mr. Michael T. Graham, Esq.
      McDermott Will & Emery, LLP
      227 West Monroe Street
      Chicago, IL 60606-5096

PLEASE TAKE NOTICE that on April 18, 2008, I electronically filed with the Clerk of the U.S. District Court, Western Division, an **Amended Complaint**, regarding the above-captioned case, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

"s/James T. Harrison"
Attorney for Plaintiff

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020