**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Eileen R. Podkulski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 C 50013 |
| | ) | |
| Sara Lee Corporation and Sara Lee Corporation | ) | Judge Reinhard |
| Employee Benefit Administrative Committee, | ) | |
| | ) | Magistrate Judge Mahoney |
| Defendants. | ) | |

**PARTIES' PROPOSED CASE MANAGEMENT ORDER**

I.      Pursuant to Federal Rules of Civil Procedure 26(f), a telephone conference was held on

July 22, 2008, and was attended by:

Jacqueline H. Lower for the Plaintiff, Eileen R. Podkulski, and Michael T. Graham for

the Defendants, Sara Lee Corporation and Sara Lee Corporation Employee Benefit

Administrative Committee.

II.     Federal Rule of Civil Procedure 26(a)(1) is applicable to this case.  The parties will make

their initial disclosures by August 15, 2008.

III.    Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

(A)     Discovery will be needed on the following subjects:

Plaintiff's claims and Defendants' defenses.

(B)     Maximum of 25 interrogatories by each party to any other party.

(C)     Maximum of 30 requests for admission by each party to any other party.

(D)     Maximum of 10 depositions by each party.

(E)    Each deposition shall be limited to a maximum of 4 hours unless extended by

agreement of the parties.

(F)    Fact discovery cut-off is set for December 31, 2008.

(G)    Dispositive motions will be due by January 31, 2008.

(H)    The parties do not anticipate use of expert witnesses at this time.


Respectfully submitted,


/s/ James T. Harrison
James T. Harrison
Attorney for Plaintiff


/s/ Micheal T. Graham
Michael T. Graham
Attorney for Defendants


Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
(815) 338-7738 (Fax)
Attorney No. 06207020


2