UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Eileen R. Podkulski, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>Sara Lee Corporation and Sara Lee Corporation )<br>Employee Benefit Administrative Committee, )<br>)<br>　　　　Defendants. ) | Case No. 08 C 50013<br><br>Judge Reinhard<br>Magistrate Judge Mahoney |

**CERTIFICATE OF SERVICE**

　　　　The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Parties' Proposed Case Management Order** was electronically filed with the Clerk of the U.S. District Court, Western Division and e-filed to the below listed person(s) on the 22nd day of July, 2008, using the CM/ECF system.

　　　　　　　　　　　　　　　　Mr. Michael T. Graham, Esq.
　　　　　　　　　　　　　　　　McDermott Will & Emery, LLP
　　　　　　　　　　　　　　　　227 West Monroe Street
　　　　　　　　　　　　　　　　Chicago, IL 60606-5096


　　　　　　　　　　　　　　　　　　　　　　　　"s/James T. Harrison"
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020